UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>Fredericka Nellon</u>
    Plaintiff

       v.                                  Civil Action No. 19-11123 – IT

<u>Humanscale Corporation</u>
    Defendant

<u>SETTLEMENT ORDER OF DISMISSAL</u>

<u>Talwani, D.J.</u>

    The Court having been advised by counsel for plaintiff that this action has settled,

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party upon good cause shown within thirty (30) days to reopen the action if settlement is not consummated.

                                                            By the Court,

                                                            /S/ Leonardo T. Vieira

<u>08/21/2019</u>                                        _____
Date                                             Leonardo T. Vieira
                                                  Docket Clerk